George Woomer, appellee, v. Martin Dirksen, appellant. Gen. No. 7,474.

Action to recover damage to automobile. Judgment for plaintiff. Appeal from the Circuit Court of Ogle county; the Hon. William J. Emerson, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed June 1, 1925.

George D. O'Brien, for appellant. Wirick & Wirick, for appellee.
Mr. Justice Partlow delivered the opinion of the court.